**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7704**

_____

BROOKS JAMES TERRELL,

             Plaintiff - Appellant,

      v.

MR. RUPERT, Disciplinary Hearing Officer (DHO), Lee County
USP, VA; HARRELL WATTS, Administrator National Inmate
Appeals,

             Defendants – Appellees,

      and

FEDERAL BUREAU OF PRISONS,

             Defendant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James C. Turk, Senior
District Judge. (7:11-cv-00024-JCT-RSB)

_____

Submitted:  April 19, 2012          Decided:  April 25, 2012

_____

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Brooks James Terrell, Appellant Pro Se.   Sara Bugbee Winn,
OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brooks James Terrell appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Terrell v. Rupert</u>, No. 7:11-cv-00024-JCT-RSB (W.D. Va. Dec. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>